UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASIMIR GRIFFIN CAPE VERDEAN KING
OF KINGS,

                              Plaintiff,

        -against-

ORANGE COUNTY JAIL STAFF
ENTIRELY,

                              Defendant.

25-cv-6492 (LTS)

CIVIL JUDGMENT

For the reasons stated in the December 19, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    December 23, 2025
          New York, New York

                              /s/ Laura Taylor Swain
                                LAURA TAYLOR SWAIN
                              Chief United States District Judge